```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 14cr10298 |
| | ) | |
| v. | ) | 49 U.S.C. §46504 |
| | ) | Interference and Attempted |
| | ) | Interference with Flight |
| | ) | Crew Members and Attendants |
| | ) | |
| EDMOND ALEXANDRE, | ) | |
| Defendant. | ) | |

COUNT ONE:   (49 U.S.C. §46504-Interference and Attempted Interference with Flight Crew Members and Attendants)

The Grand Jury charges that:

On or about August 27, 2014, on board American Airlines Flight 62 en-route from Miami, Florida, to Paris, France, but landing at East Boston, Massachusetts, in the District of Massachusetts,

EDMOND ALEXANDRE,

defendant herein, did, on an aircraft in the special jurisdiction of the United States, by assaulting and intimidating J.B., a flight attendant and flight crew member of the aircraft, interfere and attempt to interfere with the performance of the duties of such flight attendant and flight crew member, and did lesson the ability of such flight attendant and flight crew member to perform those duties.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Kenneth G. Shine
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    October 9, 2014

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk    10/9/14 @ 2:3?pm